1  CENTER FOR DISABILITY ACCESS
2  Amanda Seabock, SBN 289900
   Dennis Price, SBN 279082
3  8033 Linda Vista Road, Suite 200
   San Diego, CA 92111
4  (858) 375-7385; (888) 422-5191 fax
5  amandas@potterhandy.com

6  Attorneys for Plaintiff

7

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA

10 SCOTT JOHNSON,                ) Case No.: 5:20-CV-01744-LHK
                                 )
11      Plaintiff,                )
                                 ) **NOTICE OF SETTLEMENT**
12   v.                          )
                                 )
13 INTERCONTINENTAL HOTELS       )
   GROUP RESOURCES, LLC, a Delaware )
14 Limited Liability Company; and Does 1- )
   10,                           )
15                               )
        Defendants,              )
16                               )
17

18      The plaintiff hereby notifies the court that a global settlement has been reached in
19 the above-captioned case.
20      The plaintiff expects that the stipulation for dismissal with prejudice as to all
21 parties will be filed within 60 days.

22

23

24                              CENTER FOR DISABILITY ACCESS
25

26 Dated: September 30, 2020    By:   /s/Amanda Seabock
27                                    Amanda Seabock
                                      Attorney for Plaintiff
28

Notice of Settlement                    -1-                    5:20-CV-01744-LHK