| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Chris Carson, Esq., SBN 280048 |
|   | Dennis Price, Esq., SBN 279082 |
| 3 | Amanda Seabock, Esq., SBN 289900 |
|   | 8033 Linda Vista Road, Suite 200, |
| 4 | San Diego, CA 92111 |
| 5 | (858) 375-7385; (888) 422-5191 fax |
|   | amandas@potterhandy.com |
| 6 | Attorneys for Plaintiff |

AMBER L. ROLLER (SBN:273354)
amber.roller@ogletree.com
J. NICHOLAS MARFORI (SBN:311765)
nicholas.marfori@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, California 90071
Telephone: 213-239-9800
Facsimile: 213-239-9045
Attorneys for Defendant
Intercontinental Hotels Group Resources, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case: 5:20-CV-01744-LHK |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |
| INTERCONTINENTAL HOTELS GROUP RESOURCES, LLC, a Delaware Limited Liability Company; and Does 1-10, | |
| Defendants. | |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed in its entirety with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: December 11, 2020        CENTER FOR DISABILITY ACCESS

                                By:   /s/Amanda Seabock
                                      Amanda Seabock
                                      Attorney for Plaintiff

Dated: December 11, 2020        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                By:   /s/J. Nicholas Marfori
                                      J. Nicholas Marfori
                                      Attorney for Defendants
                                      Intercontinental Hotels Group
                                      Resources, LLC

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to J. Nicholas Marfori, counsel for Intercontinental Hotels Group Resources, LLC, and that I have obtained authorization to affix his electronic signature to this document.

Dated: December 11, 2020       CENTER FOR DISABILITY ACCESS

                               By:   /s/Amanda Seabock
                                     Amanda Seabock
                                     Attorney for Plaintiff